1  WEST & ASSOCIATES, A PC
   STUART J. WEST (State Bar No. 202041)
2  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA  94598
3  Telephone: 925.262.2220
   Facsimile:  925.262.2205
4  Email: swest@westpatentlaw.com

5  Attorneys for Defendants/Cross-Defendants/Counter-Claimaints
   MYTALK, Inc & MICHAEL HODGE
6

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIPHCOM, | Case No. C10-04918 EDL |
| Plaintiff/Counter-Defendant/ Cross-Complainant, | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF FACTUAL DISCOVERY DEADLINE** |
| v. | |
| MYTALK, INC. dba MYTALK, a Delaware Corporation, MICHAEL HODGE, individually and doing business as MYTALK SOCIAL NETWORKS, INC., and DOES 1-10, | Ctrm. E, 15th Floor<br>Judge:    Hon. Elizabeth D. Laporte<br><br>Complaint Filed:    October 29, 2010 |
| Defendants/Cross-Defendants/Counter-Claimants. | |

Pursuant to the Court's Case Management and Pretrial Order for Jury Trial, the parties, by and through their counsel, hereby stipulate as follows:

WHEREFORE, on February 11, 2011, the Court issued a Case Management and Pretrial Order ("Order") setting a deadline for completion of factual discovery by August 1, 2011;

WHEREFORE, the parties have each propounded several sets of Interrogatories and Requests for Production and the parties are continuing to respond and supplement responses to this written discovery;

WHEREFORE, the parties have noticed the depositions of party and third party factual witnesses, but have agreed to delay taking the depositions until each party's production of documents and other information is complete or nearly complete;

WHEREFORE, due to the above, the parties are unable complete the noticed depositions by the deadline August 1, 2011;

WHEREFORE, the parties have met and conferred and agreed to complete the noticed depositions during a two week period in August;

WHEREFORE, accordingly, the parties seek to extend, by one month, the factual discovery cut off until September 1, 2011 to allow for the currently-noticed depositions to be taken, as well as depositions of any newly-disclosed witnesses;

THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY STIPULATED by and between the parties that the factual discovery deadline be rescheduled as follows:

(1) The parties be allowed until September 1, 2011 to complete the following factual discovery: (a) depositions that were noticed before the original August 1, 2011 deadline; and (b) depositions of any other factual witnesses whose identities were not disclosed prior to July 18, 2011. The original August 1, 2011 deadline will apply to all other factual discovery, and the deadline to file motions to compel shall be extended to September 8, 2011.

(2) All other deadlines set forth in the Order shall remain the same.

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF FACTUAL DISCOVERY
DEADLINE                                                                                    - 1 -
Case No. C10-04918 EDL

Case 3:10-cv-04918-EDL   Document 35   Filed 08/03/11   Page 3 of 4

| | | |
|---|---|---|
| 1 | DATED: August 1, 2011 | KILPATRICK TOWNSEND & STOCKTON LLP |

By: /Holly Gaudreau/
    TIMOTHY R. CAHN
    HOLLY GAUDREAU
    JENNIFER D. ARKOWITZ

Attorneys for Plaintiff/Counter-Defendant/Cross-Complainant
ALIPHCOM

DATED: August 1, 2011    WEST & ASSOCIATES, A P.C.

By: /Stuart J. West/
    STUART J. WEST

Attorneys for Defendants/Cross-Complainants/Counter-Defendants MYTALK, INC. dba MYTALK, MICHAEL HODGE, individually and doing business as MYTALK SOCIAL NETWORKS, INC.

**PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: ~~July~~ August 2, 2011

    /s/ Elizabeth D. Laporte
Hon. Elizabeth D. Laporte
United States District Judge

**GENERAL ORDER ATTESTATION**

I, Stuart J. West, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF FACTUAL DISCOVERY DEADLINE**.** In compliance with General Order 45, X.B., I hereby attest that Holly Gaudreau has concurred in this filing.

/Stuart J. West/
Stuart J. West

63624349 v1

Case No. C10-04918 EDL
- 2 -

# PROOF OF SERVICE
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City of Walnut Creek and County of Contra Costa, California; I am over the age of 18 years and not a party to the within action; my business address is 2815 Mitchell Drive, Suite 209, Walnut Creek, CA 94598.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF FACTUAL DISCOVERY DEADLINE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

KILPATRICK TOWNSEND & STOCKTON LLP
Timothy Cahn & Holly Gaudreau
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: tcahn@kilpatricktownsend.com
          hgaudreau@kilpatricktownsend.com
          jarkowitz@kilpatricktownsend.com
*Attorney for Plaintiffs*

☐ **[By First Class Mail]**  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]**  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]**  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]**  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ **[By Electronic Transmission]**  I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  August 1, 2011                     /Stuart J. West/
                                                           Stuart J. West

63624349 v1