1 KILPATRICK TOWNSEND & STOCKTON LLP
TIMOTHY R. CAHN (State Bar No. 162136)
2 HOLLY GAUDREAU (State Bar No. 209114)
JENNIFER D. ARKOWITZ (State Bar No. 236598)
3 Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
4 Telephone: (415) 576-0200
Facsimile: (415) 576-0300
5 Email: tcahn@kilpatricktownsend.com
hgaudreau@kilpatricktownsend.com
6 jarkowitz@kilpatricktownsend.com

7 Attorneys for Plaintiff/Counter-Defendant/Cross-Complainant
ALIPHCOM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALIPHCOM, | Case No. C10-04918 EDL |
|---|---|
| Plaintiff/Counter-Defendant/Cross-Complainant, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| MYTALK, INC. dba MYTALK, a Delaware Corporation, MICHAEL HODGE, individually and doing business as MYTALK SOCIAL NETWORKS, INC., and DOES 1-10, | Judge: Hon. Elizabeth D. Laporte |
| | Complaint Filed: October 29, 2010 |
| Defendants/Counter Claimants/Cross-Defendants. | |



STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. C10-04918 EDL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 41 (c), the parties, by and through
2  their undersigned counsel, hereby stipulate to the dismissal with prejudice of this action, including
3  any and all claims, counter-claims and cross-claims asserted therein.  This Court shall retain
4  jurisdiction to enforce the terms of the parties' settlement agreement. Each party shall bear its own
5  costs and attorneys' fees in connection with this action.

6  DATED: September 12, 2011        KILPATRICK TOWNSEND & STOCKTON LLP

8  By: _____
9  TIMOTHY R. CAHN
   HOLLY GAUDREAU
10 JENNIFER D. ARKOWITZ

11 Attorneys for Plaintiff/Counter-Defendant/Cross-
   Complainant
12 ALIPHCOM

13 DATED: Sept. 2, 2011              WEST & ASSOCIATES, A P.C.

15 By: _____
16 STUART J. WEST

17 Attorneys for Defendants/Cross-Complainants/Counter-
   Defendants MYTALK, INC. dba MYTALK,
   MICHAEL HODGE, individually and doing business
18 as MYTALK SOCIAL NETWORKS, INC.

22 IT IS SO ORDERED.

23 DATED: September 15, 2011       _____
                                    Hon. Elizabeth D. Laporte
24                                  United States District Judge

27 63681123 v1



STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER         - 1 -
Case No. C10-04918 EDL