```
1   KILPATRICK TOWNSEND & STOCKTON LLP
    TIMOTHY R. CAHN (State Bar No. 162136)
2   HOLLY GAUDREAU (State Bar No. 209114)
    JENNIFER D. ARKOWITZ (State Bar No. 236598)
3   Two Embarcadero Center Eighth Floor
    San Francisco, CA 94111
4   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
5   Email: tcahn@kilpatricktownsend.com
           hgaudreau@kilpatricktownsend.com
6          jarkowitz@kilpatricktownsend.com

7   Attorneys for Plaintiff/Counter-Defendant/Cross-Complainant
    ALIPHCOM
8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIPHCOM,<br><br>  Plaintiff/Counter-Defendant/<br>  Cross-Complainant,<br><br>  v.<br><br>MYTALK, INC. dba MYTALK, a Delaware Corporation, MICHAEL HODGE, individually and doing business as MYTALK SOCIAL NETWORKS, INC., and DOES 1-10,<br><br>  Defendants/Counter Claimants/Cross-Defendants. | Case No. C10-04918 EDL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: October 29, 2010 |



STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. C10-04918 EDL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 41 (c), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of this action, including any and all claims, counter-claims and cross-claims asserted therein. This Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement. Each party shall bear its own costs and attorneys' fees in connection with this action.

DATED: ~~August~~ September 12, 2011        KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
   TIMOTHY R. CAHN
   HOLLY GAUDREAU
   JENNIFER D. ARKOWITZ

Attorneys for Plaintiff/Counter-Defendant/Cross-Complainant
ALIPHCOM

DATED: ~~August~~ Sept. 2, 2011        WEST & ASSOCIATES, A P.C.

By: _____
   STUART J. WEST

Attorneys for Defendants/Cross-Complainants/Counter-Defendants MYTALK, INC. dba MYTALK, MICHAEL HODGE, individually and doing business as MYTALK SOCIAL NETWORKS, INC.

IT IS SO ORDERED.

DATED: September 15, 2011

_____
Hon. Elizabeth D. Laporte
United States District Judge

63681123 v1



STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. C10-04918 EDL

- 1 -